```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------ X
                                                                                     :
MASON TENDERS' DISTRICT COUNCIL WELFARE FUND,                                        :
PENSION FUND, ANNUITY FUND, AND TRAINING FUND,                                       :
and DOMINICK GIAMMONA, as FUNDS' CONTRIBUTIONS/                                      :
DEFICIENCY MANAGER,                                                                  :      20-CV-2025 (VEC)
                                                                                     :
                        Plaintiffs,                                                  :      ORDER
                                                                                     :
                -against-                                                            :
                                                                                     :
K.D. HERCULES, INC. and KYRIACOS DIAKOU,                                             :
                                                                                     :
                        Defendants and Third-Party                                   :
                        Plaintiffs.                                                  :
                                                                                     :
                -against-                                                            :
                                                                                     :
LABORERS LOCAL 78 OF THE LABORERS' INTERNATIONAL                                     :
UNION OF NORTH AMERICA, and MASON TENDERS' DISTRICT                                  :
COUNCIL OF GREATER NEW YORK, AFFILIATED WITH THE                                     :
LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,                                      :
                                                                                     :
                        Third-Party Defendants.                                      :
------------------------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties called the Court to schedule a teleconference to discuss Third-Party Defendants' contemplated motion to strike the Third-Party Complaint;

      IT IS HEREBY ORDERED that a teleconference is scheduled for **May 29, 2020, at 2:00 p.m.** The parties must call (888) 363-4749 // Access code: 3121171# // Security code: 2025.

Counsel should adhere to the following rules and guidelines:

      1. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise.  In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

2. To facilitate an orderly conference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak.  Counsel should spell any proper names for the court reporter.  Counsel should also take special care not to interrupt or speak over one another.

3. If there is a beep indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

**SO ORDERED.**

**Date:  May 27, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**