```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------- X
:
MASON TENDERS' DISTRICT COUNCIL WELFARE FUND,     :
PENSION FUND, ANNUITY FUND, AND TRAINING FUND,    :
and DOMINICK GIAMMONA, as FUNDS' CONTRIBUTIONS/   :
DEFICIENCY MANAGER,                               :    20-CV-2025 (VEC)
:
Plaintiffs,                :    ORDER
:
-against-                                  :
:
K.D. HERCULES, INC. and KYRIACOS DIAKOU,          :
:
Defendants and Third-Party :
Plaintiffs.                :
:
-against-                                  :
:
LABORERS LOCAL 78 OF THE LABORERS' INTERNATIONAL  :
UNION OF NORTH AMERICA, and MASON TENDERS' DISTRICT :
COUNCIL OF GREATER NEW YORK, AFFILIATED WITH THE  :
LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,   :
:
Third-Party Defendants.    :
------------------------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared on May 29, 2020, for a teleconference with the Court;

IT IS HEREBY ORDERED that Third-Party Defendants' time to answer or otherwise respond to the Third-Party Complaint is extended to **June 5, 2020**.

**SO ORDERED.**

Date:  May 29, 2020
       New York, New York

_____
**VALERIE CAPRONI
United States District Judge**